**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000412
26-SEP-2013
10:21 AM**

NO. CAAP-13-0000412

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RAMON ROMERO and CASSIE ROMERO,
Respondents/Counter-Petitioners/Appellees,
v.
NOEL MADAMBA CONTRACTING, LLC,
Petitioner/Counter-Respondent/Appellee,
and
A & B GREEN BUILDING, LLC,
Counter-Respondent/Appellee
and
KING & KING, ATTORNEYS-AT-LAW, and
SAMUEL P. KING, JR., Persons Alleged to Have Knowledge
of Judgment Debtor NOEL MADAMBA CONTRACTING, LLC,
Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 12-1-0210)

ORDER DISMISSING APPEAL PURSUANT TO HRAP RULE 30
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon review of the record, it appears that:

(1) On April 15, 2013, Real Party in Interest/Appellant
King & King, Attorneys-At-Law, Persons Alleged to Have Knowledge
of Judgment Debtor Noel Madamba Contracting LLC, and Real Party
in Interest/Appellant pro se Samuel P. King, Jr. (collectively,
Appellants), filed a notice of appeal;

(2) The record on appeal was filed on July 15, 2013, and the appellate clerk informed Appellant that the statement of jurisdiction was due by July 25, 2013, and the opening brief was due by August 26, 2013;

(3) Appellants did not file either document;

(4) On September 4, 2013, the appellate clerk informed Appellants that the time for filing the statement of jurisdiction and opening brief had expired and, pursuant to Rule 30 of the Hawai'i Rules of Appellate Procedure, the matter would be called to the court's attention on September 16, 2013, for such action as the court deems proper, which could include dismissal; and

(5) Thereafter, Appellants did not file the statement of jurisdiction and opening brief, or respond to the notice of default. Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, September 26, 2013.

Chief Judge

Associate Judge

Associate Judge